UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

MIKEADA EFFS, an individual,

     Plaintiff,

vs.

CITY OF MIAMI, a Florida municipality,
CITY OF MIAMI POLICE
DEPARTMENT, and administrative
subdivision of the City of Miami; and
ALEXI FIGUEROA, individually and as a
former police officer of the City of Miami
Police Department,

     Defendants.

_____/

## DEFENDANT CITY OF MIAMI'S NOTICE OF REMOVAL

Defendant CITY OF MIAMI, by and through undersigned counsel, and pursuant to Title 28 U.S.C. Section 1441, et seq., hereby gives notice of removal of this cause by the filing and service of this notice, and states:

1. On or about February 4, 2020, Plaintiff served Defendant CITY OF MIAMI with a summons and complaint filed in the Miami-Dade County Circuit Court, Case No.: 20-001856 CA 01.

2. The above-referenced complaint was the first receipt by Defendant of a pleading from which it could be ascertained that the case is one which has become removable, as it sets forth purported claims in the complaint pursuant to 42 U.S.C. Section 1983 for alleged constitutional deprivations. (Complaint ¶¶ 55-77).

#1156760

3.    Copies of all process, pleadings and orders served upon the Defendant in the action being removed are attached hereto in compliance with 28 U.S.C. Section 1441(a).

**RESPECTFULLY SUBMITTED** on this 12th day of February 2020

VICTORIA MÉNDEZ, City Attorney
CHRISTOPHER A. GREEN,
Senior Assistant City Attorney
Miami Riverside Center, Suite 945
444 Southwest 2nd Avenue
Miami, Florida 33130-1910
cagreen@miamigov.com
Tel.: (305) 416-1800
Fax: (305) 416-1801


By:    **s/ Christopher Green**
       Christopher A. Green
       Sr. Assistant City Attorney
       Fla. Bar No. 957917


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by e-mail to Georgia Robinson, Esq., 3500 N. State Road 7, Suite 437, Fort Lauderdale, Florida, 33319, at robinsonlawmediation@gmail.com.


By:    **s/ Christopher Green**
       CHRISTOPHER A. GREEN,
       Assistant City Attorney


#1156760